## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| DENISE GREEN,           ) | |
| ) | Case No. 8:09-cv-03371 |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | |
| ) | **NOTICE OF DISMISSAL** |
| ) | |
| BRIDGEPORT FINANCIAL, INC.           ) | |
| d/b/a COLLECTAL ASSOCIATES,           ) | |
| ) | |
| Defendant.           ) | |

Now comes the Plaintiff, DENISE GREEN, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

        Respectfully submitted,

        <u>/s/ Mitchel E. Luxenburg</u>
        Mitchel E. Luxenburg (29092)
        Attorney for Plaintiff
        23240 Chagrin Blvd.
        Suite 601
        Beachwood, OH 44122
        (888) 595-9111, ext. 712 (phone)
        (866) 382-0092 (facsimile)
        mluxenburg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        /s/ Mitchel E. Luxenburg
                                        Mitchel E. Luxenburg (29092)
                                        Attorney for Plaintiff
                                        23240 Chagrin Blvd.
                                        Suite 601
                                        Beachwood, OH 44122
                                        (888) 595-9111, ext. 712 (phone)
                                        (866) 382-0092 (facsimile)
                                        mluxenburg@attorneysforconsumers.com